## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

MATTHEW DAVID SIEBRASS,

               Defendant.

**4:12CR3066**

**ORDER**

IT IS ORDERED that:

1.  The Defendant's Unopposed Motion to Continue Revocation Hearing (filing 100) is granted.

2.  Defendant Matthew David Siebrass' violation of supervised release hearing is continued to June 14, 2019, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 1st day of April, 2019.

BY THE COURT:

_John M. Gerrard_

John M. Gerrard
Chief United States District Judge