IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MATTHEW DAVID SIEBRASS,<br><br>               Defendant. | 4:12-CR-3066<br><br>ORDER |

    The defendant has filed several motions relating to his eligibility for transition to a residential reentry center. *See* filing 139; filing 142; filing 143. The Court granted those motions, *see* filing 144, but another motion has been filed, *see* filing 145. Information from the Bureau of Prisons now indicates, however, that the defendant has been reassigned to RRM Kansas City pending a December 2, 2021 release date. Accordingly,

    IT IS ORDERED that the defendant's motion for a sentencing modification (filing 145) is denied as moot.

    Dated this 8th day of November, 2021.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge